IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-10366
Conference Calendar
_____


JAMES CHARLES WILLIAMS,

                                        Plaintiff-Appellant,

versus

BILLY G. BYRD; ET AL,

                                        Defendants,

BILLY G. BYRD,

                                        Defendant-Appellee.

---------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:96-CV-234-J
---------------------
June 13, 2000

Before JOLLY, DAVIS, and STEWART, Circuit Judges.

PER CURIAM:[*]

    James Charles Williams, Texas prisoner No. 644838, appeals
from a directed verdict dismissing his civil rights claims
following a jury trial.  Williams argues in conclusional terms
that defendant Byrd is liable for Williams' injuries because he
failed to report to his superiors that inmate Eddie O'Connor
threatened Williams and disobeyed an order to return a spoon
which O'Connor later allegedly used to injure Williams.

---

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Williams' conclusional arguments are not supported with citation to the record. Yohey v. Collins, 985 F.2d 222, 223-24 (5th Cir. 1993); FED. R. APP. P. 28(a)(9)(A). Because he has not provided an adequate factual or legal argument, Williams has effectively abandoned his only appellate issue. Accordingly, the appeal IS DISMISSED. Richardson v. Henry, 902 F. 2d 414, 416 (5th Cir. 1990); see Howard v. King, 707 F.2d 215, 219-20 (5th Cir. 1983); 5TH CIR. R. 42.2.

APPEAL DISMISSED.